IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY MOLIERE | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-4925 |
| | : | |
| BERENDA WILSON, *et al.,* | : | |
|     Defendants | | |

**ORDER**

**AND NOW**, this 3rd day of June, 2024, upon review of Defendant's Motion to Dismiss and Plaintiff's lack of opposition thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED;**

2. This action is **DISMISSED**; and

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.